IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY BRODZKI,     ) | |
|     Plaintiff,     ) | |
| vs.     ) | No.  3:12-CV-0834-N-BH |
|     ) | |
| CITY OF NORTH RICHLAND HILLS,     ) | |
|     Defendant.     ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the recommendation, Plaintiff is hereby **SANCTIONED** as follows: Plaintiff shall pay $100.00 to the Clerk of this Court as a monetary sanction, and he may not file any civil action in this Court unless he shows that he has paid that sanction.  In addition, Plaintiff is **BARRED** from filing any further cases *in forma pauperis* without leave of the court.  If the Court receives a complaint from Plaintiff without proof that the sanction has been paid, or if he seeks to proceed *in forma pauperis* without first obtaining leave to file from the court, the Clerk of the Court shall docket the filing for administrative purposes only and immediately close the case after placing a copy of this order in the case file.  Submissions without proof that the monetary sanction has been paid and/or that leave to file has been granted will not otherwise be addressed or acknowledged.

**SIGNED this 26th day of April, 2012.**

_____
**UNITED STATES DISTRICT JUDGE**